IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSEPH ANTHONY REYNA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:25-CV-1356-RP |
| WELLS FARGO BANK, N.A. and WELLS FARGO & COMPANY, | § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is the Report and Recommendation from United States Magistrate Judge Mark Lane concerning Plaintiff Joseph Anthony Reyna's ("Plaintiff") Complaint pursuant to 28 U.S.C. § 1915(e), 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. (R. & R., Dkt. 6). In his Report and Recommendation, Judge Lane recommends that the Court dismiss this action pursuant to 28 U.S.C. § 1915(e)(2)(B). (*Id.* at 5). Plaintiff timely filed objections to the report and recommendation. (Objs., Dkt. 10). Additionally, after Judge Lane filed his Report and Recommendation, Plaintiff filed a motion to file certain documents under seal. (Mot. to File Under Seal, Dkt. 8).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiff timely objected to the report and recommendation, (Dkt. 10), the Court reviews the report and recommendation *de novo*. The Court also reviewed Plaintiff's Motion to File Under Seal, (Dkt. 8), which was filed after Judge Lane's Report and Recommendation was filed. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

1

The Court notes that Judge Lane's Report and Recommendation also included a recommendation that the Court impose a pre-filing bar on future litigation by Plaintiff. (R&R, Dkt. 6, at 4–5). Because the Court imposed a pre-filing bar on Plaintiff in a separate case, No. 1:25-CV-1402-RP, the Court considers this recommendation to be moot. (Order, No. 1:25-CV-1402, Dkt. 9, at 2).

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 6), is **ADOPTED**, except that Judge Lane's recommendation to impose a pre-filing bar on Plaintiff is **MOOT**. Plaintiff's Complaint, (Dkt. 1), is **DISMISSED WITH PREJUDICE**.

The Court will enter final judgment by separate order.

**SIGNED** on December 4, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE